```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY

                  MINUTES OF PROCEEDINGS
```

Newark                                        Date: 10/23/14

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail Hansen

Court Reporter: Molly Giordano

Other: USPO Carolee Azzarello          Docket No.2:04-cr-786-17
       Nada Demitriow, Bulgarian Intp.

TITLE OF CASE:

United States
v. Aleksi Kolarov

Appearances:

AUSA Daniel Shapiro
Michael Koribanics, Counsel for Defendant


Nature of Proceedings: SENTENCING

Interpreter sworn: Nada Demitriow
Imprisonment: 30 months
Supervised Release: 1 year
Special Conditions:
1. Cooperate with ICE
Special Assessment: $100
Counts 49 and 58 of the Indictment dismissed upon motion of the gov't.
Ordered defendant remanded



Time Commenced: 10:10 a.m.
Time Commenced: 10:30 a.m.
Total Time: 20 minutes

                                          Gail A. Hansen,
                                          Deputy Clerk